No. 96–7660. COLE v. DICKMAN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 96–7665. LOWELL v. PRUNTY, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–7671. WILLIAMS v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. (two judgments). C. A. 11th Cir. Certiorari denied.

No. 96–7675. FREDERICK v. COLUMBIA CORRECTIONAL INSTITUTION ET AL. Ct. App. Wis. Certiorari denied.

No. 96–7676. EDMOND v. MARTIN ET AL. C. A. 5th Cir. Certiorari denied.

No. 96–7682. FOX v. LOVE, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON, PENNSYLVANIA. C. A. 3d Cir. Certiorari denied.

No. 96–7689. CLIFF v. NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 96–7694. PORTER v. SENKOWSKI, SUPERINTENDENT, CLINTON CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 96–7696. PARSONS v. BASF CORP. ET AL. Ct. App. La., 1st Cir. Certiorari denied.

No. 96–7699. MADRID v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 96–7707. PICKENS v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 96–7712. GOONEWARDENA v. UNIVERSITY OF MINNESOTA ET AL. Ct. App. Minn. Certiorari denied.

No. 96–7713. NORWOOD v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 96–7714. JOHNSON v. EN VOGUE ET AL. C. A. 6th Cir. Certiorari denied.